RECEIVED
IN MONROE, LA.
OCT 15 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ARNOLD B. CURTIS<br>LA. DOC #327401 | CIVIL ACTION NO. 3:12-cv-1831 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN JOHNNY SUMLIN | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED** that Petitioner's second and successive Petition for Writ of *Habeas Corpus* be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit, pursuant to 28 U.S.C. §1631, for further proceedings in accordance with the provisions of 28 U.S.C. §2244(b).

MONROE, LOUISIANA, this 15 day of October, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE